

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00835-CV

Alejandro **RODRIGUEZ** and Lisa Rodriguez,
Appellants

v.

**VRM [VENDOR RESOURCE MANAGEMENT]**, Duly Authorized Agent for The Secretary
of Veterans Affairs,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2016CV04366
Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. It is ORDERED that Appellee VRM recover the costs of this appeal from Appellants
Alejandro Rodriguez and Lisa Rodriguez.

SIGNED January 31, 2018.

_____
Irene Rios, Justice